In the United States District Court
For the Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 12 2019

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

Securities and Exchange Commission,
    Appellee

v.        Civil Action No: 1:09-cv-01780-ABJ

Michael T. Rand,
    Appellant

## Notice of Appeal

Defendant hereby provides notice of appeal resulting from the order issued on April 1, 2019 by Magistrate Judge Alan J. Baverman in the Northern District of Georgia, Atlanta Division.

Defendant received notice of the Judgment through the U.S. Postal Service on April 4, 2019. Defendant asserts that this notice is timely based on the fact that Defendant placed notice in the U.S. mailbox at FPC Montgomery on April 8, 2019.

I request that this pleading to be held to a less stringent standard than pleadings drafted by attorneys and thus to be liberally construed pursuant to Boxer v. Harris (11th Cir 2006)

Respectfully submitted,

*/s/ Michael Rand*

Michael Rand
Reg. No: 25922-058
FPC Montgomery
Maxwell AFB
Montgomery, AL 36112

In the United States District Court
For the Northern District of Georgia
Atlanta Division

Securities and Exchange Commission,
    Appellee

v.                                    Civil Action No: 1:09-cv-01780-ABJ

Michael T. Rand,
    Appellant

## Certificate of Service

I, Michael Rand, hereby certify that on the 8th day of April 2019, I placed a true and correct copy of the foregoing notice of appeal in the U.S. mailbox at FPC Montgomery for mailing to the following recipients:

U.S. District Court
Northern District of Georgia
75 Ted Turner Drive SW, Room 2211
Atlanta, GA 30303

Paul Kim, Esq.
William P. Hicks, Esq.
Peter J. Diskin, Esq.
Robert K. Gordon, Esq.
U.S. Securities and Exchange Commission
3475 Lenox Road, NE, Suite 1000
Atlanta, GA 30326-1234

Amy E. Ray
Assistant U.S. Attorney
U.S. Courthouse, Room 233
Asheville, NC 28801

Joshua A. Meyers
U.S. Securities and Exchange Commission
3475 Lenox Road, NE, Suite 1000
Atlanta, GA 30326-1234

Michael Land - Register 25622-058
Maxwell Federal Prison Camp
Unit Montgomery - Wing G
Montgomery, AL 36112

MONTGOMERY AL 350
09 APR 2019 PM 4 L
CLEARED APR 11 2019

James W. Hatten
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta GA 30303

30303$3318 C039